IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KYLE RYAN COOK, )<br>)<br>Defendant. ) | No. 25-CR-00071<br><br>**INDICTMENT**<br><br>Counts 1–3<br>18 U.S.C. § 875(c):<br>Interstate Communications with a<br>Threat to Injure |

The Grand Jury charges:

## Count 1
## Interstate Communications with a Threat to Injure

On or about May 30, 2025, in the Northern District of Iowa and elsewhere, defendant KYLE RYAN COOK did knowingly and willfully transmit in interstate commerce, from the State of Iowa to the State of Illinois, communications containing a threat to injure another person, for the purpose of issuing a true threat and with knowledge that the communication would be viewed by another person as a true threat, in that defendant sent Facebook messages to D.C. that stated as follows: "I got a bullet with ur name on it .. iv got a 9mil 16 bullets. I'm sure I won't miss." "One day I'll se u, n I'm always packing....Legal firearm always on my hip ... I already have a bullet with ur name on it,, but heyy. Might as well do another one... Right in ur skull." "Just make sure I never see you again... Cuz u'll be killed.. shot 4 times n slit your throat."

This was in violation of Title 18, United States Code, Section 875(c).

1

## Count 2
### Interstate Communications with a Threat to Injure

On or about May 31, 2025, in the Northern District of Iowa and elsewhere, defendant KYLE RYAN COOK did knowingly and willfully transmit in interstate commerce, from the State of Iowa to the State of Tennessee, communications containing a threat to injure another person, for the purpose of issuing a true threat and with knowledge that the communication would be viewed by another person as a true threat, in that defendant sent Facebook messages to D.C. that stated as follows: "I'm gonna shoot from behind a tree.... Best when I slit your throat." "I just hope I get the liberty to end ur presence in life.... I'll even turn myself in.... I can live in prison. Knowing I capd you is worth it." "I go to shooting range, weekly... I'm gonna love when I can unload... I'll go straight to the head Ooh. I can't wait. Shoot ur brains out .. then shit on u...... I love it I have it all planned out."

This was in violation of Title 18, United States Code, Section 875(c).

## Count 3
### Interstate Communications with a Threat to Injure

On or about June 4, 2025, in the Northern District of Iowa and elsewhere, defendant KYLE RYAN COOK did knowingly and willfully transmit in interstate commerce, from the State of Iowa to the State of Illinois, communications containing a threat to injure another person, for the purpose of issuing a true threat and with knowledge that the communication would be viewed by another person as a true threat, in that defendant sent Facebook messages to D.C. that stated as follows: "I just can't wait to piss on ur grave....... n trust me I will The day u die... hopefully a

2

painful death.... I want to to feel it for months.... N if I knew anyone I would pay to have s blast killing you...... Long n slow I hope I get to do it." "If I get tired of ur voice... I'll just shoot you, 16 times." "Shoot you in the face .. n slit ur throat... Give u the same treatment. I'll be using a 9mil... A Glock."

This was in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_____
Foreperson

9-9-25
Date

TIMOTHY T. DUAX
United States Attorney

By: _____

DEVRA T. HAKE
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 9/9/2025
PAUL DE YOUNG, CLERK

3